UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ONIL HERNANDEZ, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 06-9976** |
| **TUBOSCOPE VETCO INTERNATIONAL, INC., ET AL.** | **SECTION: "B"(5)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiffs to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiffs' suit is dismissed without prejudice pursuant to Rule 41(b), Fed.R.Civ.P.

New Orleans, Louisiana, this 3rd day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE